IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00180-REB-BNB

TOD A SCHIFFER,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

Defendant.

**ORDER**

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record. In summary and for the reasons stated at the conference:

IT IS ORDERED that a supplemental final pretrial conference is set for **April 1, 2009, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall submit on or before **April 1, 2009, at 12:00 noon**, a revised final pretrial order modified as discussed this morning. In particular, the plaintiff's claim of a hostile work environment, not previously pled in the complaint or the scheduling order, shall be deleted; the defendant shall submit a statement of its defenses in the manner required by Part IV.2 of the Practice Standards: Civil Actions of the district judge; and the exhibit list shall comply with the requirements of Part III.D of the Practice Standards: Civil Actions of the district judge. All exhibits must be Bates numbered, and the beginning and

ending Bates number of each exhibit must be reported on the exhibit list submitted with the revised final pretrial order.

IT IS FURTHER ORDERED that copies of exhibits must be provided to opposing counsel no later than **April 1, 2009, at 3:30 p.m**., at the supplemental final pretrial conference. The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by hand delivery or facsimile no later than **April 10, 2009**.

Dated March 30, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge