IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00180-REB-BNB

TOD A SCHIFFER,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

Defendant.

_____

## ORDER
_____

     I am informed that this case has been resolved.  Accordingly,

     IT IS ORDERED that on or before **May 4, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

     Dated April 22, 2009.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge