**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00180-REB-BNB

TOD A. SCHIFFER,

      Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

      Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

      The matter before me is the **Stipulated Motion To Dismiss** [#46] filed May 5, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#46] filed May 5, 2009, is **GRANTED**;

2. That the Trial Preparation Conference set for May 8, 2009, is **VACATED**;

3. That the jury trial set to commence May 26, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 5, 2009, at Denver, Colorado.

      BY THE COURT:

      *Bob Blackburn*
      Robert E. Blackburn
      United States District Judge